**Order entered February 12, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01521-CV

**AETNA LIFE INSURANCE COMPANY AND AETNA HEALTH INC., Appellants**

**V.**

**KINDRED HOSPITALS LIMITED PARTNERSHIP D/B/A KINDREND HOSPITAL HOUSTON MEDICAL CENTER; THC HOUSTON, INC. D/B/A KINDRED HOSPITAL, ET AL., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-13831**

## ORDER

Before the Court is appellees' February 11, 2019 unopposed first motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** appellees' brief due on or before March 15, 2019.

/s/     KEN MOLBERG
           JUSTICE